# United States District Court for the Northern District of Illinois

Case Number: 08CV3568         Assigned/Issued By: DAJ

Judge Name: KENDALL          Designated Magistrate Judge: KEYS

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00              Receipt #: 2878415

Date Payment Rec'd: 06/23/08     Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

5  Original and  0  copies on  06/23/08  as to  CHERTOFF, DOROCHOFF,
                               (Date)
US ATTORNEY, GONZALES, ATTORNEY GENERAL

C:\wpwin80\docket\feeinfo.frm    03/14/05